UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LELAND JOHNSON,

    Plaintiff,

  v.

CLARK COUNTY DETENTION CENTER et al.,

    Defendants.

Case No. 2:19-cv-02109-RFB-EJY

**ORDER**

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to U.S District Court for the District of Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

**II.    ORDER**

Accordingly,

IT IS HEREBY ORDERED that because Plaintiff is no longer incarcerated, the Court DENIES the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before Friday, January 22, 2021, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation to dismiss this case with prejudice.

DATED this 22nd day of December 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE